**2007–2197.   State v. Ballard.**
Hamilton App. No. C–061077.

**2007–2200.   Flatt v. Atwood Manor Nursing Ctr.**
Crawford App. No. 3–06–26, 2007-Ohio-5387.

**2007–2203.   State v. Comsa.**
Washington App. No. 06CA21, 2007-Ohio-5561.
   O'DONNELL, J., dissents.

**2007–2209.   Martin v. Henderson.**
Richland App. No. 07CA28, 2007-Ohio-5467.

**2007–2211.   State v. Cullins.**
Montgomery App. No. 21881, 2007-Ohio-5978.

**2007–2214.   State v. Lester.**
Auglaize App. No. 2–07–23, 2007-Ohio-5627.

**2007–2216.   State v. Raleigh.**
Licking App. No. 2007–CA–31, 2007-Ohio-5515.

**2007–2219.   Mattingly v. Grant Joint Vocational School.**
Clermont App. No. CA2007–04–056.

**2007–2221.   State v. Watson.**
Licking App. No. 07CA107.

**2007–2223.   State v. Smith.**
Summit App. No. 23554, 2007-Ohio-5673.

**2007–2226.   State v. Paige.**
Hamilton App. No. C–980704.

**2007–2230.   Cincinnati Ins. Co. v. ACE INA Holdings, Inc.**
Hamilton App. Nos. C–060384 and C–060385, 2007-Ohio-5576. Discretionary appeal not accepted.
   LUNDBERG STRATTON, J., dissents.
   Motion for admission pro hac vice of William M. Cohn, Brian C. Coffey, and Erin E. O'Brien by Gregory A. Harrison granted.

**2007–2231.   State v. Hutton.**
Cuyahoga App. No. 80763, 2007-Ohio-5443.

**2007–2235.   Ridenour v. Wilkinson.**
Franklin App. No. 07AP–200, 2007-Ohio-5965.
   MOYER, C.J., and O'DONNELL, J., dissent.

**2007–2238.   State v. Dillard.**
Montgomery App. No. 21704, 173 Ohio App.3d 373, 2007-Ohio-5651.
   O'DONNELL, J., dissents.

**2007–2246.   State v. Rowbotham.**
Mahoning App. No. 06 MA 59.
   MOYER, C.J., dissents and would accept the appeal on Proposition of Law Nos. I and III and hold the cause for the decision in 2007–0656 and 2007–0657, *State v. Veney*, Franklin App. No. 06AP–523, 2007-Ohio-1295.
   O'CONNOR, J., dissents and would accept the appeal and hold the cause for the decision in *State v. Veney.*

**2007–2248.   State v. Haught.**
Pickaway App. No. 06CA30, 2007-Ohio-5736.

**2007–2250.   Aultcare Corp. v. Roach.**
Stark App. No. 2007CA0009, 2007-Ohio-5686.